Case No: 20-01333-LMI

## CERTIFICATE OF SERVICE

I __Maria Rojas__ (name), certify that service of this summons, order setting deadlines and a copy of the amended complaint was made __August 27th, 2020__ (date) by:

[X] Mail Service: Regular, first class United States mail, and certified United States mail, postage fully pre-paid, addressed to:

" See attached list"

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly)

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __August 27th, 2020__          Signature: _____

| Print Name: **Maria Rojas** | | |
|---|---|---|
| Address: **James B. Miller, P.A., 19 West Flagler Street, Suite 416** | | |
| City: **Miami** | State: **FL** | Zip: **33130** |

Adversary 20-01333-LMI

U.S. Mail:

**Yoelvys Lopez**
Time Sensitive Legal Matter
100 NE 6th Avenue, Lot #719
Homestead, FL 33030

Certified Mail:

**Yoelvys Lopez**
Time Sensitive Legal Matter
100 NE 6th Avenue, Lot #719
Homestead, FL 33030
Cert. no.7019 2970 0000 2050 6194

