

**ORDERED in the Southern District of Florida on February 5, 2021.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No. 18-20320-LMI |
| ARC PROFESSIONAL SERVICES, INC. | Chapter 7 |
| Debtor. _____/ | |
| BARRY E. MUKAMAL AS CHAPTER 7 TRUSTEE, | |
| Plaintiff, | Adv. Pro. No.20-01333-LMI |
| -vs- | |
| YOELVYS LOPEZ, | |
| Defendant. _____/ | |

**ORDER GRANTING PLAINTIFF'S VERIFIED MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST DEFENDANT**

This matter came on before the Court, on February 3rd, 2021, at 3:00 p.m., for hearing on the *Plaintiff's Verified Motion For Entry Of Default Final Judgment Against*

*Defendant* [ECF No. 11] (the "**Motion**"), on notice to the Defendant, and the Court, having reviewed the file and docket, noting the entry of the Clerk's Default [ECF No. 8] against the Defendant, and the fact that the Defendant has not responded to the *Amended Complaint* [ECF No. 4], taking notice that all well-pled allegations are deemed admitted as no responsive pleading has been filed,[1] heard argument and proffer of the Trustee's Counsel, finding good cause shown, and as announced on the record, does hereby

ORDER and ADJUDGE that:

1. The **Motion** [ECF No.11] is **GRANTED**; and, a separate Final Judgment shall be entered in conformity with this *Order*.

###

Submitted by:
James B. Miller, Esq. (Counsel to Trustee)
19 West Flagler St, Suite 416
Miami, FL 33130

Copies to (*via* CM/ECF in pdf format):
James B. Miller, Esq.

---

[1] *See, James P. Cotton, Jr. v. Massachusetts Mutual Life*, 402 F.3d 1267 (11th Cir. 2005).